**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1782**

DALE E. FINDLEY,

              Plaintiff - Appellant,

       v.

VOLVO POWERTRAIN NORTH AMERICA; VOLVO TRUCKS NORTH AMERICA;
VOLVO GROUP NORTH AMERICA; MACK TRUCKS, INCORPORATED,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:08-cv-03509-JFM)

Submitted:  May 11, 2011                  Decided:  May 31, 2011

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven  M.  Spiegel,  Alexandria,  Virginia,  for  Appellant.
Suzanne W. Decker, John M. Gilman, MILES & STOCKBRIDGE, P.C.,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dale E. Findley appeals the district court's orders granting summary judgment and awarding costs in favor of his former employer, Mack Trucks. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Findley v. Volvo Powertrain N. Am., No. 1:08-cv-03509-JFM (D. Md. Apr. 6, 2010; July 1, 2010). We grant Findley's motion to supplement the record pursuant to Fed. R. App. P. 28(j). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED